**EXHIBIT A**


CHARLES PAYNE

Business News anchor Payne admits to SLEAZY AFFAIR — with CNN contributor!

# FOX ROCKED BY *ANOTHER* SEX SCANDAL!

**ENQUIRER EXCLUSIVE**

THE sex scandals keep coming for FOX News — where a married male anchor has confessed to cheating with a married colleague!

In a bombshell exclusive, The National ENQUIRER can reveal Fox Business Network anchor Charles Payne two-timed his wife for years with a former CNN and FOX News contributor!

The 56-year-old cad — who also hosts the network's "Making Money" show — acknowledged the affair, telling The ENQUIRER: "I would like to extend an apology to my family and friends for having been involved in a romantic affair that ended two years ago. My wife and I have worked hard over these past two years to restore the trust in our marriage that I squandered.

"Her love for me has been strong, and she continues to stand by my side. I let my children down and I am ashamed. To my friends and others

 **ROGER AILES**
 **SEAN HANNITY**
 **BILL O'REILLY**
 **GRETCHEN CARLSON**
 **DEBBIE SCHLUSSEL**

that look up to me, I hope you can forgive me."

According to a source with knowledge of the affair, Payne's three-year affair involved some 200 trysts conducted over four states. Payne's bombshell revelation is the latest in a string of sexually charged scandals that have rocked FOX.

FOX News founder Roger Ailes came under fire when former anchor Gretchen Carlson sued him, saying he'd sexually harassed her. That suit was settled out of court — but prompted a flurry of new allegations against Ailes. He resigned in disgrace in July 2016 and died on May 18, 2017, at age 77.

Next on the hot seat was Bill O'Reilly. "The O'Reilly Factor" host, 67, was ousted from the network in April after it was revealed FOX had paid nearly $13 million to women who had accused him of sexual harassment over the years.

Sean Hannity, 55, was accused by blogger Debbie Schlussel of inviting her to his hotel room after he made an appearance in Detroit. She claims when she declined the offer, Hannity blacklisted her from his show.

Earlier this year, FOX's parent company, 21st Century Fox, reportedly reached a $2.5 million settlement with former FOX News contributor Tamara Holder, who says she was sexually assaulted by Francisco Cortes, the vice president of FOX News Latino. He was later fired from the network. **NE**