UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SCOTTIE NELL HUGHES,                              :
                                                  :
                    Plaintiff,             :   Civil Action No.: 17-cv-07093 (WHP)
                                                  :
      v.                                         :
                                                  :
TWENTY-FIRST CENTURY FOX, INC., FOX               :
NEWS NETWORK LLC, DIANNE BRANDI, in               :
her individual and professional capacities, and   :
IRENA BRIGANTI, in her individual and             :
professional capacities, CHARLES PAYNE, in his    :
individual and professional capacities,           :
                                                  :
                    Defendants.            :
------------------------------------------------------------- X

      **PLEASE TAKE NOTICE**, that upon this motion dated February 8, 2018, the Declaration of Jeanne M. Christensen, also dated February 8, 2018, Declaration of Scottie Nell Hughes, also dated February 8, 2018, and supporting Exhibits thereto, Plaintiff Scottie Nell Hughes will respectfully move this Court, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. Rule 45 quashing Defendants' four non-party subpoenas *duces tecum*, precluding Defendants from serving any additional subpoenas without proper notice to Plaintiff, and for such other and further relief as the Court may deem just and proper.

Dated: February 8, 2018  
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____  
    Jeanne M. Christensen

85 Fifth Avenue  
New York, NY 10003  
Telephone: (212) 257-6800  
jchristensen@wigdorlaw.com

*Counsel for Plaintiff*