UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCOTTIE NELL HUGHES,                                          :
                                                             :
                                    Plaintiff,                :
                                                             :
            - against -                                       :
                                                             :                    17 Civ. 07093 (WHP)
TWENTY-FIRST CENTURY FOX, INC., FOX NEWS              :
NETWORK, LLC, DIANNE BRANDI, in her individual and    :
professional capacities, IRENA BRIGANTI, in her individual :
and professional capacities and CHARLES PAYNE, in his  :
individual and professional capacities,                      :
                                                             :
                                    Defendants.               :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### DECLARATION OF LINDA C. GOLDSTEIN IN OPPOSITION TO PLAINTIFF'S MOTION TO QUASH THE FOX DEFENDANTS' NON-PARTY SUBPOENAS *DUCES TECUM*

LINDA C. GOLDSTEIN, declares under penalty of perjury that:

1.      I am an attorney duly admitted to practice before this Court and am a partner of

Dechert LLP, 1095 Avenue of the Americas, New York, New York, counsel to Defendants

Twenty-First Century Fox, Inc., Fox News Network, LLC, Dianne Brandi, and Irena Briganti

(the "Fox Defendants") in this case.  I make this declaration to submit documents supporting the

Fox Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Quash the Fox

Defendants' Non-Party Subpoenas *Duces Tecum*.

2.      Attached hereto as Exhibit A is a true and correct copy of a sworn affidavit from

Kristina Lee Hall, dated January 25, 2018.

3.      Attached hereto as Exhibit B is a true and correct copy of a sworn affidavit from

Deanna Johnson, dated January 24, 2018.

4.      Attached hereto as Exhibit C is a true and correct copy of a sworn affidavit from Thomas Feeney, dated February 13, 2018.

5.      Attached hereto as Exhibit D is a true and correct copy of a sworn affidavit from Jennifer Burke, dated January 26, 2018.

6.      Attached hereto as Exhibit E is a true and correct copy of a sworn declaration from Charles Payne, dated February 15, 2018.

7.      Attached hereto as Exhibit F is a true and correct copy of email correspondence between Plaintiff's attorney Douglas Wigdor and Kristina Lee Hall with the subject line "Scottie Hughes," dated September 18, 2017 and September 19, 2017, which Kristina Lee Hall provided to Thomas Feeney as stated in Exhibit C.

8.      Attached hereto as Exhibit G is a true and correct copy of relevant excerpts of the Initial Disclosures served by the Fox Defendants on January 16, 2018.

9.      Attached hereto as Exhibit H is a true and correct copy of an email sent by Ellen Mossman of Dechert LLP on January 30, 2018 at 12:02 p.m. to Douglas Wigdor, Jeanne Christensen, Michael Willemin, Jonathan Halpern, Jonathan Israel and Rachel Kramer with the subject line Hughes v. Twenty-First Century Fox, Inc. (17 Civ. 07093 (WHP)), serving the Fox Defendants' Notice of Subpoenas.

10.      Attached hereto as Exhibit I is a true and correct copy of the Proof of Service for the subpoena served on Ralph Humphries on January 30, 2018 at 4:47 p.m. in Phoenix, Arizona.

11.      Attached hereto as Exhibit J is a true and correct copy of the Proof of Service for the subpoena served on Alexander Shively on January 30, 2018 at 5:58 p.m. in Alexandria, Virginia.

- 2 -

12.     Attached hereto as Exhibit K is a true and correct copy of relevant excerpts of the Fox Defendants' First Request for the Production of Documents by Plaintiff, served by the Fox Defendants on January 29, 2018.

I declare under penalty of perjury that the foregoing is true and accurate.  Executed at New York, New York on February 15, 2018.

 _/s Linda C. Goldstein___
Linda C. Goldstein

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

SCOTTIE NELL HUGHES,                              :
                                                  :
                            Plaintiff,            :
                                                  :
              - against -                         :
                                                  :          17 Civ. 07093 (WHP)
TWENTY-FIRST CENTURY FOX, INC., FOX NEWS          :
NETWORK, LLC, DIANNE BRANDI, in her individual and :
professional capacities, IRENA BRIGANTI, in her individual :
and professional capacities and CHARLES PAYNE, in his :
individual and professional capacities,           :
                                                  :
                            Defendants.           :
                                                  :
------------------------------------------------ x

## AFFIDAVIT OF KRISTINA LEE HALL

STATE OF ARIZONA        )
                        )     ss.:
COUNTY OF MARICOPA      )

I, KRISTINA LEE HALL, being duly sworn, deposes as follows:

1. I was the Operations Manager for the Tea Party News Network ("TPNN") from when it was formed in November 2012 until February 2015 when I left the TPNN. Before the TPNN was formed, I worked as a volunteer for TeaParty.net, a non-profit organization run by TPNN owner Todd Cefaratti.

2. I first met Scottie Nell Hughes at the Conservative Political Action Conference in February 2012 in Washington D.C. She then became the spokesman for TeaParty.net. When the TPNN was formed in November 2012, Scottie Nell Hughes continued to work for the TPNN as News Director.

3. I served as an assistant to Scottie Nell Hughes from February 2012 through February of 2015 at TeaParty.net and TPNN. It is my understanding that she was married throughout that time.

4. Through my work with Scottie Nell Hughes, I traveled and shared hotel rooms with her, observed her interactions with others, and discussed her with others.

5. ████████████████████████████████████████

6.

7.

8.

9.

10.

11.





12.

13.

14.

a.

b.

15.

Dated:     January 25, 2018
           Gilbert, Arizona
           Chandler

_____
                Kristina Lee Hall

Sworn to before me this
25 day of January, 2018

_____
            Notary Public

OFFICIAL SEAL
CHRISTINE DOBBEN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 6, 2020

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

SCOTTIE NELL HUGHES,

                          Plaintiff,

              - against -

TWENTY-FIRST CENTURY FOX, INC., FOX NEWS
NETWORK, LLC, DIANNE BRANDI, in her individual and
professional capacities, IRENA BRIGANTI, in her individual
and professional capacities and CHARLES PAYNE, in his
individual and professional capacities,

                        Defendants.

17 Civ. 07093 (WHP)

------------------------------------------------ x

## AFFIDAVIT OF DEANNA JOHNSON

STATE OF ARIZONA    )
                        )   ss.:
COUNTY OF PINAL    )

I, DEANNA JOHNSON, being duly sworn, deposes as follows:

1. I was employed in an administrative capacity by the Tea Party News Network ("TPNN")
from when it was formed in November 2012 until mid-2017 when there was no longer
any need for my services. By about mid-2017, the entity ceased operating, the remaining
assets were sold, and there was no longer any need for my services. TPNN was an online
news outlet aimed at providing up-to-date political news that is relevant to the Tea Party
movement. Before the TPNN was formed, I worked in an administrative capacity for
TeaParty.net, a non-profit organization run by TPNN owner Todd Cefaratti. I first met
Scottie Nell Hughes at the Conservative Political Action Conference in February 2012 in
Washington D.C. At the time, Hughes had just become a spokesman for TeaParty.net.
When the TPNN was formed in November 2012, Scottie Nell Hughes continued to work
for the TPNN as News Director.

2. I performed administrative work on behalf of Scottie Nell Hughes and others from
February 2012 through March 2017 at TeaParty.net and TPNN. During this time,
Kristina Lee Hall also performed administrative work on behalf of Scottie Nell Hughes
and others.

3. In my role performing administrative work on behalf of Scottie Nell Hughes, I made her
travel arrangements, booked her tickets and, on many occasions when we travelled
together, shared hotel rooms with her.

4. Through my work for TeaParty.net and TPNN, I learned that Todd Cefaratti paid Scottie Nell Hughes a salary and an appearance stipend and caused those organizations to pay for her expenses and public relations fees in connection with her public appearances. The appearance stipend was paid to Scottie Nell Hughes to enhance and maintain her personal appearance, for expenses associated with hair extensions, nails, dresses, makeup, makeup artists, and shoes. I recall that the monthly stipend grew from $4,500 to $10,000 during the course of my tenure.

5. Through my work with Scottie Nell Hughes, I know that Todd Cefaratti, the owner of the TPNN, had the TPNN or TeaParty.net pay for Scottie Nell Hughes's expenses associated with her appearing on Fox News Network and Fox Business Network shows. To my knowledge, while I was working at TPNN, Todd Cefaratti had the TPNN or TeaParty.net pay for every one of Scottie Nell Hughes's business trips, including to New York for appearances on television, including on Fox News Network and Fox Business Network shows. Once Scottie Nell Hughes began to appear regularly on "Making Money with Charles Payne," Todd Cefaratti kept a standing hotel reservation for Scottie Nell Hughes in New York. Eventually, he arranged for TPNN to pay a monthly rental for an apartment used by Scottie Nell Hughes during her trips to New York.



6.

7.

8.

9.

10.



11.

12.

13.

14.

a.

b.



15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dated:    January 24, 2018
          San Tan Valley, Arizona

Deanna Johnson

Sworn to before me this
24 day of January, 2018

Notary Public

CHARLES W VOSVICK II
Notary Public, State of Arizona
Pinal County
My Commission Expires
**January 22, 2021**

- 4 -

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x

SCOTTIE NELL HUGHES,

                  Plaintiff,

           - against -

TWENTY-FIRST CENTURY FOX, INC., FOX NEWS
NETWORK, LLC, DIANNE BRANDI, in her individual and
professional capacities, IRENA BRIGANTI, in her individual
and professional capacities and CHARLES PAYNE, in his
individual and professional capacities,

                  Defendants.

--------------------------------------------------- x

17 Civ. 07093 (WHP)

District of Columbia

~~STATE OF NEW YORK~~  )
                  )   ss.:
~~COUNTY OF NEW YORK~~  )

## AFFIDAVIT OF THOMAS FEENEY

THOMAS FEENEY, being duly sworn, deposes and states as follows:

1.     I am a Managing Director with the investigative firm Nardello & Co., in Nardello

& Co.'s Internal Investigations, Litigation Support and Complex Investigations practices.

2.     Nardello & Co. has been employed by Dechert LLP in connection with the

lawsuit captioned *Hughes v. Twenty-First Century Fox, Inc.*, 17 Civ. 07093 (WHP) (S.D.N.Y.)

and I have been performing investigative services in connection with that action.

3.     I have personal knowledge of the matters discussed below.

4.     █████████████████████████████████

██████████████████████████████████████████████████

5.      During my January 8, 2018 interview with Kristina Lee Hall, she stated that she

had received an email from Scottie Nell Hughes's attorney, Douglas Wigdor, on September 18,

2017.  She responded to Wigdor by email the next day.  Kristina Lee Hall provided me with a

copy of this email correspondence with Douglas Wigdor, a true and correct copy of which is

attached to this affidavit as Exhibit A.

6.

██████████████████████████████████████████████████

Dated:  New York, New York
          February 13, 2018.

                                                              _____
                                                                    Thomas Feeney

Sworn to before me this
13th day of February 2018

_____
       Notary Public

        BRINDA L. ROTHWELL
NOTARY PUBLIC DISTRICT OF COLUMBIA
 My Commission Expires April 14, 2022

**EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SCOTTIE NELL HUGHES,                                    :

                               Plaintiff,              :

                  - against -                          :

TWENTY-FIRST CENTURY FOX, INC., FOX NEWS               :          17 Civ. 07093 (WHP)
NETWORK, LLC, DIANNE BRANDI, in her individual and    :
professional capacities, IRENA BRIGANTI, in her individual :
and professional capacities and CHARLES PAYNE, in his :
individual and professional capacities,               :

                               Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF JENNIFER BURKE

STATE OF TEXAS          )
                        )          ss.:
COUNTY OF BRAZORIA      )

I, JENNIFER BURKE, being duly sworn, deposes as follows:

1. I was the Social Media Director for the Tea Party News Network ("TPNN") from when it was formed in November 2012 until February 2015 when I left the TPNN. Before the TPNN was formed, I worked as the National Outreach Director for TeaParty.net, a non-profit organization run by TPNN owner Todd Cefaratti.

2. I first met Scottie Nell Hughes at the Venetian Las Vegas in Las Vegas, Nevada in November 2012 when what became the TPNN was providing media coverage of the presidential election. After the TPNN was formed in November 2012, Scottie Nell Hughes became the News Director of the TPNN.

3. I was a colleague of Scottie Nell Hughes from November 2012 through February of 2015 at TeaParty.net and TPNN. In or about early 2013, after I had worked with Scottie Nell Hughes for a few months, I came to understand that she was married. ███████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

4. Through my work with Scottie Nell Hughes, I traveled and shared hotel rooms with her, observed her interactions with others, and discussed her with others.

5. 

6.

7.

8.

9.

10.

11.

[REDACTED]

12. [REDACTED]

    a. [REDACTED]

    b. [REDACTED]

13. [REDACTED]

Dated:    January 26, 2018
           Pearland, Texas

_Jennifer Burke_
Jennifer Burke

Sworn to before me this
26th day of January, 2018

_Pamela Schwarz_
Notary Public

PAMELA SUE SCHWARZ
Notary ID #125315381
My Commission Expires
September 28, 2021

- 3 -

**EXHIBIT E**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTTIE NELL HUGHES,

                         Plaintiff,

              - against -

TWENTY-FIRST CENTURY FOX, INC., FOX
NEWS NETWORK, LLC, DIANNE BRANDI, in
her individual and professional capacities, IRENA
BRIGANTI, in her individual and professional
capacities and CHARLES PAYNE, in his individual
and professional capacities,

                         Defendants.

Civil Action No. 17-cv-07093-WHP

**DECLARATION OF
CHARLES PAYNE**

DECLARATION OF CHARLES PAYNE

I, Charles Payne, pursuant to 28 U.S.C. Section 1746, declare and state as follows:

1.  I am an adult and a defendant in the above-captioned action.

2.  I have personal knowledge of the matters related below.

3.  I understand that Defendants Twenty-First Century Fox, Inc., Fox News Network
    LLC, Dianne Brandi and Irena Briganti (collectively, the "Fox Defendants") have
    served a notice of subpoenas in this case seeking documents from certain non-parties:
    Wayne Dupree, Ralph Humphries, Alexander Shively and Dustin Stockton
    ("Subpoenas"). I submit this Declaration for a limited purpose only, in support of the
    Fox Defendants' response opposing Plaintiff's motion to quash the Subpoenas. I also
    understand that the Fox Defendants will endeavor to file publicly a redacted version
    of this Declaration.

4.



5. This Declaration does not reflect or purport to reflect my entire knowledge of, or every fact or circumstance relating to, among other things, the issues or topics addressed in this Declaration, my relationship with Plaintiff, my work at Fox or the allegations, claims or defenses in connection with this action.

I declare under penalty of perjury that the foregoing is true and accurate.

This the 15th day of February 2018 at New York, New York.

_____
Charles Payne

**EXHIBIT F**

# Fwd: Scottie Hughes

## Kris Hall <kris@krisleehall.com>

Mon 1/8/2018 6:26 PM

Inbox

To: Thomas Feeney <tfeeney@nardelloandco.com>;

---------- Forwarded message ---------
From: Kris Hall <kris@krisleehall.com>
Date: Mon, Sep 18, 2017 at 1:57 PM
Subject: Re: Scottie Hughes
To: Douglas Wigdor <dwigdor@wigdorlaw.com>
CC: Jeanne M. Christensen <JChristensen@wigdorlaw.com>, Michael J. Willemin <mwillemin@wigdorlaw.com>

While I appreciate the email you have sent me, I am under no obligation to keep silent about the first hand accounts I have personally witnessed by your client. ████████████████████████████████████████████████ If I am asked, I will speak the truth.

If your client is running for a congressional seat, I have the right to criticize her past actions and bring those actions to the attention of the voters.

If you are trying to bully me or threaten me it will not be a problem to forward this to my lawyer if needed.

On Mon, Sep 18, 2017 at 12:18 PM, Douglas Wigdor <dwigdor@wigdorlaw.com> wrote:

> Dear Ms. Hall,
>
>
> It has come to my attention that you may be in possession of emails by and between our client Scottie Hughes and Charles Payne and that you have already, and may in the future be asked to comment on Ms. Hughes.  Please be advised that any attempt to disseminate publicly those confidential emails and/or making any defamatory comments will be met with the appropriate legal action by our firm on behalf of Ms. Hughes.
>
>
>
>
>
> **Douglas H. Wigdor**
> *Partner*
>
>
> **WIGDOR LLP**
> 85 Fifth Avenue, New York, NY 10003

T: (212) 257-6800 | F: (212) 257-6845

dwigdor@wigdorlaw.com
www.wigdorlaw.com







This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**EXHIBIT G**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
SCOTTIE NELL HUGHES,                              :
                                                 :
                         Plaintiff,              :
                                                 :
              - against -                        :
                                                 :                17 Civ. 07093 (WHP)
TWENTY-FIRST CENTURY FOX, INC., FOX NEWS         :
NETWORK, LLC, DIANNE BRANDI, in her individual and :
professional capacities, IRENA BRIGANTI, in her individual :
and professional capacities and CHARLES PAYNE, in his :
individual and professional capacities,          :
                                                 :
                         Defendants.             :
------------------------------------------------- x

**DEFENDANTS TWENTY-FIRST CENTURY FOX, INC.,
FOX NEWS NETWORK, LLC, DIANNE BRANDI AND IRENA BRIGANTI'S
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)**

## I.      Preliminary Statement

Defendants Twenty-First Century Fox, Inc., Fox News Network, LLC, Dianne Brandi

and Irena Briganti (together, the "Fox Defendants") by and through their attorneys, make the

following initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1).  The Fox Defendants' initial

disclosures are made in good faith and based upon information reasonably available to them

before discovery has begun.  Without assuming any duty to supplement these Initial Disclosures,

other than any duties imposed by Fed. R. Civ. P. 26(e), the Fox Defendants reserve the right to

amend or supplement these disclosures, or make additional disclosures, if they become aware of

other responsive information.  The Fox Defendants' investigation is ongoing.  They may also

rely on the persons and documents disclosed by the other parties in this action.

In making these initial disclosures, the Fox Defendants are not conceding, or waiving any

objections to, discoverability or admissibility based upon relevance, materiality, confidentiality,

privilege, work product, undue burden, immunity, or any other objection or basis that may be

**B.      Other Persons**

| Name & Title | Topics | Last Known Contact Information |
|---|---|---|
| Yvonne Payne | The termination of Payne's relationship with Plaintiff | Foley & Lardner LLP c/o Jonathan N. Halpern, Esq. [see above for contact information] |
| Michele Hirshman, Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP | Communications with Michael Sanchez | Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas New York, NY 10019 Tel: (212) 373-3747 |
| Justin Lerer, Counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP | Communications with Michael Sanchez | Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas New York, NY 10019 Tel: (212) 373-3766 |
| Current and former employees of the Tea Party News Network | Payment of Plaintiff's expenses for travel to Fox headquarters; Plaintiff's reputation for conducting adulterous affairs; Plaintiff's conduct of adulterous affairs | |
| Current and former employees of Politichicks | Plaintiff's reputation for conducting adulterous affairs; Plaintiff's conduct of adulterous affairs; Plaintiff's video appearances for Politichicks | |
| Current and former employees of the National Enquirer | Communications with Plaintiff and her agents; communications with Fox | |
| Current and former employees of or contributors to *Red Alert* | The source of Plaintiff's e-mails allegedly leaked to *Red Alert* | |
| Other witnesses to be identified | Plaintiff's qualifications as a political strategist and commentator | |
| Other witnesses to be identified | Plaintiff's reputation for conducting adulterous affairs with Payne or others | |
| Other witnesses to be identified | Plaintiff's conduct of adulterous affairs | |
| Other witnesses to be identified | Plaintiff's pursuit of career and financial opportunities | |

**EXHIBIT H**

## Mossman, Ellen

| | |
|---|---|
| **From:** | Mossman, Ellen |
| **Sent:** | Tuesday, January 30, 2018 12:02 PM |
| **To:** | 'dwigdor@wigdorlaw.com'; 'jchristensen@wigdorlaw.com'; 'mwillemin@wigdorlaw.com'; 'JHalpern@foley.com'; 'JIsrael@foley.com'; 'RKramer@foley.com' |
| **Cc:** | Goldstein, Linda; Jacoby, Nicolle; Martin, Deborah Kemi |
| **Subject:** | Hughes v. Twenty-First Century Fox, Inc. (17 Civ. 07093 (WHP)) |
| **Attachments:** | Fox Defendants Notice of Subpoenas.pdf |

Counsel,

Attached please find the Fox Defendants' Notice of Subpoenas.

Best,
Ellen

**Ellen Mossman Ratigan**
Associate

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
+1 215 994 2534 Direct
+1 215 994 2222 Fax

ellen.mossman@dechert.com
dechert.com

**EXHIBIT I**

# UNITED STATES DISTRICT COURT

Scottie Neil Hughes
**Plaintiff**

**V**                                    Civil Action No. **17-cv-07093 (WHP)**

Twenty-First Century Fox, Inc, et al

## PROOF OF SERVICE

The undersigned is a private Process Server, registered in the county of Maricopa, Arizona. The undersigned received the following documents: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, ACCOMPANING LETTER on 1/30/2018. The undersigned served the documents to:** RALPH HUMPHRIES, a/k/a RUSTY HUMPHRIES on 1/30/2018 at: 4:47pm.

LOCATION OF SERVICE: 3343 W. Owens Way, Phoenix, Arizona 85086.

DESCRIPTION:  W/m 50-55 years of age, 5'8, 5'9, 200-220 lbs with short graying hair.  He was wearing a black sport coat with sparkling design.

I declare and certify under penalty of law that the information contained herein is true and correct to the best of my knowledge and belief.

**BRYAN MUTH**
Officer of the Court #MC7293

**Bryan Muth**
**Investigations**
**602-361-0736**

**EXHIBIT J**

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Scottie Nell Hughes | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  17-cv-07093 (WHP) |
| | ) |
| Twenty-First Century Fox, Inc., et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                Alexander Shively a/k/a Alex Shively

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See attached Schedule A

| Place: Dechert LLP | Date and Time: |
|---|---|
| 1900 K Street, NW | 02/16/2018 12:00 pm |
| Washington, DC 20006 | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      01/30/2018

CLERK OF COURT

                                                    OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Twenty-First Cen.
Fox, Inc., Fox News Network, LLC, Dianne Brandi, Irena Briganti_____ , who issues or requests this subpoena, are:
Linda Goldstein, Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036, 215-698-3500, linda.goldstein@dechert.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 17-CV-07093 (WHP)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Alexander Shively on *(date)* Jan 29, 2018    .

[X]   I served the subpoena by delivering a copy to the named individual as follows: Alexander Shively on *(date)* Tue, Jan 30 2018; or

[ ]   I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ $125.00.

I declare under penalty of perjury that this information is true.

Date: 1/31/2018

_____
*Server's signature*

Mark Hagood - Process Server
_____
*Printed name and title*

107 S. West Street Ste. 417, Alexandria, VA 22314
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 30, 2018, 5:58 pm EST at 9115 VOLUNTEER DR, ALEXANDRIA, VA 22309-2922 received by Alexander Shively. Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'10"; Hair: Brown; Eyes: Brown;

**EXHIBIT K**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCOTTIE NELL HUGHES,                                     :
                                                         :
                        Plaintiff,                       :
                                                         :
              - against -                                :
                                                         :                17 Civ. 07093 (WHP)
TWENTY-FIRST CENTURY FOX, INC., FOX NEWS                 :
NETWORK, LLC, DIANNE BRANDI, in her individual and      :
professional capacities, IRENA BRIGANTI, in her individual :
and professional capacities and CHARLES PAYNE, in his   :
individual and professional capacities,                 :
                                                         :
                        Defendants.                      :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FIRST REQUEST BY DEFENDANTS TWENTY-FIRST CENTURY FOX, INC.,
FOX NEWS NETWORK, LLC, DIANNE BRANDI AND IRENA BRIGANTI FOR
PRODUCTION OF DOCUMENTS BY PLAINTIFF**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 34(a),

Defendants Twenty-First Century Fox, Inc., Fox News Network, LLC, Dianne Brandi and Irena

Briganti (the "Fox Defendants"), by and through their attorneys, Dechert LLP, hereby request

that Plaintiff Scottie Nell Hughes respond in writing to the following requests for production of

documents (the "Requests") and produce the documents described below to the offices of

Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036, no later than 30 days

from the service hereof.

**DEFINITIONS**

1.      "Hughes," "Plaintiff," "you," and "your" means and refers to Scottie Nell Hughes

and any employees, agents, representatives, consultants, lawyers, advisors, and/or any person or

entity that acts on her behalf or in her name.

      o.  Gina Loudon,

      p.  Dean Sicoli,

      q.  Tracy Byrnes,

      r.  Hitha Herzog,

      s.  Andrea Mackris,

      t.  Keith Urbahn, and

      u.  Kevin Lord.

19.     All Communications between Plaintiff and Yvonne Payne.

20.     All Documents and Communications relating to Yvonne Payne.

21.     All Documents and Communications relating to Plaintiff's relationship with Charles Payne.

22.     All Documents evidencing Plaintiff's Communications with Charles Payne, including but not limited to telephone bills.

23.     All Documents evidencing any gifts from Plaintiff to Charles Payne, or from Charles Payne to Plaintiff, including but not limited to receipts and credit card bills.

24.     All Documents and Communications of a sexual or romantic nature with any person other than Plaintiff's husband.

25.     All Documents and Communications relating to Plaintiff's reputation for fidelity or infidelity to her husband.

26.     All videos or photographs of Plaintiff of a sexual or romantic nature taken with or by or sent to any person other than Plaintiff's husband.

27.     All diaries or journals kept by Plaintiff.

28.     All copies of Plaintiff's resume or curriculum vitae.

29.     All Documents and Communications relating to Plaintiff's experience and qualifications as a political strategist and commentator.

30.     All Documents and Communications relating to Plaintiff's job performance, including but not limited to performance reviews and job evaluations.

31.     All Documents and Communications relating to Plaintiff's efforts to seek employment of any kind after June 1, 2015.

32.     All Documents and Communications relating to Plaintiff's efforts to seek introductions to politicians, political consultants, Republican Party officials, or television or radio bookers, producers or executives.

33.     All Documents and Communications relating to any job opportunities that Plaintiff asserts were lost as a result of Defendants' alleged conduct, including without limitation all Documents and Communications relating to Plaintiff's application, consideration or rejection for a job or position with the White House, President Donald Trump or the Federal Government,

34.     All Documents and Communications relating to any attempts by Plaintiff to run for or be appointed to local, state or national political office at any point after 2012.

35.     All Documents and Communications relating to payment of Plaintiff's business travel expenses in 2013 to 2016, including but not limited to payment of Plaintiff's business travel expenses for trips to New York, NY.

36.     All Documents and Communications relating to an apartment used by Plaintiff in New York, NY.

Dated: New York, New York
       January 29, 2018

DECHERT LLP


By:  */s/ Linda C. Goldstein*

Andrew J. Levander
Linda C. Goldstein
Nicolle L. Jacoby
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3817
Fax: (212) 698-0684

*Attorneys for Defendants Twenty-First*
*Century Fox, Inc., Fox News Network, LLC,*
*Dianne Brandi and Irena Briganti*