UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

SCOTTIE NELL HUGHES,

                Plaintiff,

       -against-

TWENTY-FIRST CENTURY FOX, INC.., *et al.*,

                Defendants.

------------------------------------------------

17cv7093

ORDER

WILLIAM H. PAULEY III, United States District Judge:

        The parties having appeared for oral argument on Defendants' motion to dismiss on February 23, 2018, Plaintiff may file a letter, not to exceed three pages in length, providing supplemental authority on her claim arising under New York City's Gender-Motivated Violence Act by February 28, 2018.  Defendant Charles Payne may file a response, not to exceed three pages in length, by March 2, 2018.

Dated: February 23, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.