UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------

SCOTTIE NELL HUGHES,

        *Plaintiff*,

   -against-

TWENTY-FIRST CENTURY FOX, INC., *et al*.,

        *Defendants*.

----------------------------------------------

17cv7093

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

      On June 5, 2018, Ty Clevenger moved to be admitted pro hac vice on behalf of Scottie Nell Hughes in this action. (ECF No. 70.) In that motion, Mr. Clevenger indicated that Defendants opposed his admission in this action. This Court directs Defendants to file any opposition to Mr. Clevenger's motion by June 13, 2018. Mr. Clevenger shall file a reply by June 15, 2018.

Dated: June 7, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.