TY CLEVENGER

P.O. Box 20753
Brooklyn, New York 11202

*telephone: 979.985.5289*                                                                                     *tyclevenger@yahoo.com*
*facsimile:  979.530.9523*                                                                                    *Texas Bar No. 24034380*

June 13, 2018

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, New York 10007

*Via ECF*

   Re: *Hughes v. Twenty-First Century Fox, Inc., et al*.; Case No. 17-cv-7093
     (WHP)

Judge Pauley:

   I write pursuant to your Individual Practice V(A) to respectfully request permission to file a letter under seal regarding the sealed letter submitted by Wigdor LLP on June 12, 2018. An unredacted copy of the letter shall be delivered by hand to the Court and by email to Jeanne Christensen, Douglas Wigdor, Michael Willemin, and Richard Maltz.

   Notwithstanding the fact that I have initially requested permission to submit the attached letter under seal, Ms. Hughes does not object to the Court unsealing the June 12, 2018 letter from Wigdor LLP or my attached response. Ms. Hughes has nothing to hide.

   Thank you for your consideration.

   Sincerely,

   Ty Clevenger

cc:  Counsel of Record