To: Jonathan_McCann@nysd.uscourts.gov
From: Scottie Hughes <scottienellh@gmail.com>
Date: 06/26/2018 11:15PM
Subject: Re: Orders issued in Hughes v. Twenty-First Century Fox

Thank you.
Please let Judge Pauley know I respect his decision.  Unfortunately, at the time in the courtroom when I said yes to the Judge asking me the line of questions regarding if I understood if he denied Mr Clavengers application, I would have to find new council, I was unaware of Ms. Goldstein's 17 pages in opposition and the damage it would do to retaining other prospective lawyers.
After speaking with 3 different attorneys familiar with the case today and who reviewed the recent rulings, it's apparent none want the hassle of an autopsy done of their careers.  Especially considering many of the points she made were selective to put Mr Clevenger in the worst light.
I will keep asking but I fear this was what Ms. Goldstein was aiming to accomplish by not only her filing of opposition but her letters of personal attacks to Mr. Sanchez.  Knowing the case had been granted to move forward, Ms. Goldstein has made it obvious she is going to fight anyone else who might wish to represent me who she does not already have a connection with like Wigdor.
This is almost the exact same pattern Fox Council has done in other cases and have been successful at leaving the plaintiff without legal representation.
Please let Judge Pauley know I am doing everything possible to have council by August 15 but feel like David fighting Goliath.


Scottie Nell Hughes

Please excuse any typos or misspellings as Siri might be having a bad day!