UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SCOTTIE NELL HUGHES,

                        Plaintiff,

                - against -                           17 Civ. 07093 (WHP)

TWENTY-FIRST CENTURY FOX, INC., FOX NEWS
NETWORK, LLC, DIANNE BRANDI, in her individual and
professional capacities, IRENA BRIGANTI, in her individual
and professional capacities and CHARLES PAYNE, in his
individual and professional capacities,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Memorandum in Opposition to Motion to Correct or Amend Order on June 29, 2018 through the Court's ECF system, providing service to all counsel. I also caused a copy of this document to be served on Plaintiff Scottie Nell Hughes via email at scottienellh@gmail.com.

Dated:    New York, New York
             June 29, 2018

                                                      */s/ Linda C. Goldstein*
                                                        Linda C. Goldstein