IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SCOTTIE NELL HUGHES**,<br><br>      Plaintiff,<br><br>vs.<br><br>**TWENTY-FIRST CENTURY FOX, INC., et al.,**<br><br>      Defendants | Case No. 1:17-cv-07093-WHP |

## NOTICE OF WITHDRAWAL OF MOTION TO CORRECT OR AMEND ORDER

NOW COMES Ty Clevenger, giving notice that he is withdrawing his MOTION TO CORRECT OR AMEND ORDER (Doc. No. 88) dated June 26, 2018.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202
Tel: (979) 985-5289
Fax: (979) 530-9523
tyclevenger@yahoo.com

## CERTIFICATE OF SERVICE

  I certify that I filed the foregoing document on July 2, 2018 using the Court's ECF system, which automatically provides notice to counsel for all parties. I also served a copy of this document on Plaintiff Scottie Nell Hughes via email at *scottienellh@gmail.com*.

              **/s/ Ty Clevenger**
              Ty Clevenger